JIMMY O. EWENIKE, CSBN 133406
Law Offices of Jimmy Ewenike
515 West Commonwealth Avenue, Suite 210
Fullerton, CA. 92832
Telephone: (714) 773-0611
Facsimile: (714) 519-3830
E-Mail: Ewenike@yahoo.com


NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
Ms. Lara Bradt, Esq.
Special Assistant United States Attorney
          160 Spear Street, Suite 800
          San Francisco, CA 94105
          Telephone: (415) 977-8933
          Facsimile: (415) 744-0134
          Email: lara.bradt@ssa.gov



Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA


| Ms. GABRIEL MAGANA | ) | CASE NO. SA CV 17-00827-SK |
|---|---|---|
| | ) | |
| | ) | |
| | ) | ORDER RE: |
| | ) | STIPULATION FOR AWARD AND |
| Plaintiff, | ) | PAYMENT OF ATTORNEY FEES |
| | ) | PURSUANT TO THE EQUAL ACCESS TO |
| v. | ) | JUSTICE ACT, 28 U.S.C. § |
| | ) | 2412(d), AND COSTS PURSUANT TO |
| Nancy Berryhill, Acting | ) | 28 U.S.C. § 1920 |
| Commissioner of Social | ) | |
| Security | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


          Based upon the parties' concurrently filed Joint Stipulation

for Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 Award of EAJA Fees ("Stipulation"),IT IS ORDERED that Plaintiff be awarded Seven Thousand, Two Hundred Dollars, and Zero Cents ($7,200) in attorney fees, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and Zero Dollars and Zero Cents ($0.0) in costs, under 28 U.S.C. § 1920, subject to the terms of the stipulation.


Dated: September 5, 2018

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE